THE STATE OF IOWA, Appellee, v. HENRY HARGENS, Appellant.

Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Harrison District Court.*

THURSDAY, MAY 25, 1893.

THE defendant was convicted of the crime of keeping a place in which he kept for sale, and sold, intoxicating liquors in violation of law. From the judgment of the district court, requiring him to pay a fine and costs, and committing him to jail in default of payment, he appeals.—*Affirmed.*

No appearance for either party.

ROBINSON, C. J.—This cause is submitted for our decision without argument for either party, on a transcript of the indictment, judgment, notice of appeal, and appeal bond. We have read the record thus presented with care, but discover no reason for disturbing the judgment of the district court. It is, therefore, AFFIRMED.

---

THE STATE OF IOWA, Appellee, v. PETER MOOSE, Appellant.

Criminal Cause: CONVICTION: APPEAL.

*Appeal from Sioux District Court.*—HON. F. R. GAYNOR, Judge.

THURSDAY, MAY 25, 1893.

No appearance for appellant.

*John Y. Stone*, Attorney General, and *Thos. A. Cheshire*, for the State.

KINNE, J.—This cause is submitted on a transcript which contains a copy of the indictment, plea, entry of judgment, notice of appeal and appeal bond. No exception was taken to any of the proceedings in the court below, so far as the record before us discloses. We have examined all the record here and discover no error. The judgment of the district court is AFFIRMED.